# MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 09-00207DAE |
| CASE NAME: | USA v. (01)Rodney D. King, aka :Shadow", aka "Special K" |
| ATTYS FOR PLA: | Darren Ching |
| ATTYS FOR DEFT: | (01)Matthew Winter |
| USPO: | Roy Kawamoto |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 09/30/2010 | TIME: | 10:15am-11:00am |

COURT ACTION:  EP:  Sentencing to Counts 1, 3, 5, 7, and 13 of the Second Superseding Indictment as to Defendant (01) Rodney D. King, aka "Shadow", aka "Special K".

Defendant (01)Rodney D. King, aka :Shadow", aka "Special K" present, in custody.

Memorandum of Plea Agreement accepted

Allocution by victim R. K.  R. K.'s full name to be stricken from the record and sealed.

Presentence Report adopted.  Sentencing recommendations heard.  No Allocution by Defendant (01)Rodney D. King, aka :Shadow", aka "Special K".

SENTENCE:

Imprisonment:   25 YEARS, as to Counts 1, 3, 5, and 7, 5 YEARS, as to Count 13, with all terms to run concurrently

Supervised Release: LIFE, as to Counts 1, 3, 5, and 7, 3 YEARS, as to Count 13, with all terms to run concurrently

Special Assessment:  $500.00($100.00 as to each count).   No fine.

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervised release, as directed by the Probation Office.

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall register in person with the state sex offender registration agency in the jurisdiction where the defendant resides, works, or is a student within 3 business days after being released from custody pursuant to the Sex Offender Registration and Notification Act (Title I of the Adam Walsh Child Protection and Safety Act of 2006).  For initial registration purposes only, the defendant shall also register in the jurisdiction in which convicted if such jurisdiction is different from the jurisdiction of residence.

8. Defendant shall submit his person, residence, place of employment, vehicle, papers, computer, or other electronic communication or data storage devices or any type of media available at the time of release from imprisonment to a search conducted by the U.S. Probation Office and any Law Enforcement at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  The defendant shall also submit to periodic unannounced examinations of his computer and computer accessories as well as provide access to internet service provider account records, as directed by the U.S. Probation Office. Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

9. The defendant may change his residence only with the advance approval of the Probation Office.  The defendant shall appear in person at the state registration agency within 3 business days after the change of residence to report such a change.

10. The defendant shall participate in sex offender evaluation and treatment and abide by the polices and procedures of the program, which may include polygraph, Abel screen and other types of testing, as approved by the Probation Office.

11. Defendant shall not have any type of contact (including written materials, communication devices, audio and visual devices, visits, or through a third

      party) with children under the age of 18 or the victim(s), except for children who may be relatives of his, in the presence of an otherwise uninvolved adult who is aware of the nature of the defendant's offense and who has been approved by the Probation Office.

12. The defendant shall execute all financial disclosure forms and provide the Probation Office access to any requested financial information.

JUDICIAL RECOMMENDATIONS: East Coast facility.  Maximum security prison until the Bureau of Prison feels otherwise.

Defendant advised of his right to appeal.

Government's Oral Motion to dismiss counts 2, 4, 6, 8, 9, 10, 11, and 12-GRANTED.

Mittimus forthwith.

Defendant remanded to the custody of U.S. Marshals.

Submitted by:  Theresa Lam, Courtroom Manager